UNCLASSIFIED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:25-MJ-143 |
| ) | |
| MICHAEL CHARLES SCHENA, ) | |
| ) | |
| Defendant. | |

SUPPLEMENTAL DECLARATION OF DEPUTY ASSISTANT SECRETARY TIMOTHY KOOTZ SHARED KNOWLEDGE SERVICES, BUREAU OF ADMINISTRATION, U.S. DEPARTMENT OF STATE

(U) I, TIMOTHY KOOTZ, hereby declare and state:

1. (U) I am the Deputy Assistant Secretary ("DAS") for the office of Shared Knowledge Services ("SKS") for the Bureau of Administration ("A Bureau") of the United States Department of State (the "Department" or "State"). I have served in this role since September 9, 2024. I previously served as the Director, Information Programs and Services ("IPS") from March 26, 2023 to September 8, 2024. I was the Agency Records Officer and the Chief of the Records and Archives Management Division, IPS, from October 2016 until March 2023. As DAS, I supervise and administer the Department-wide programs on the management of classification and declassification of national security information including agency-wide training and the declassification review programs established by Executive Order 13526. As the DAS, I have original classification authority (OCA) and am authorized to classify and declassify national security information. *See* Executive Order 13526, Section 1.3(a)(3). As an employee with OCA, I am responsible for the protection of classified information managed and generated by the Department. I have corrected the dates regarding each position held here at the Department as was noted in my

UNCLASSIFIED
1

UNCLASSIFIED

previous declaration.

2.  (U) This is my second declaration in this matter. In March 2025, I signed a declaration regarding five classified reports accessed and imaged by the defendant in February 2025. As with the first declaration, the purpose of this declaration is to describe, to the extent possible, the sensitive, classified State information that the Defendant, in October 2024, unlawfully retained and transmitted in this case.

3.  (U) Through the exercise of my official duties, I am familiar with the criminal charges brought against the Defendant, the Defendant's subsequent plea, and the classified materials described in this declaration. I make the following statements based on my knowledge and information made available to me in my official capacity.

4.  (U) The classified information implicated in this case is owned by, produced by or for, and is under the control of the U.S. Government. This information also squarely falls within classification categories 1.4(b) and 1.4(d) of Executive Order 13526, as the information pertains to foreign government information within the meaning of 1.4(b) and foreign relations or foreign activities of the United States, including confidential sources, within the meaning of section 1.4(d). The unauthorized disclosure of the sensitive, national security-related information implicated in this case reasonably could be expected to cause serious damage to the national security of the United States.

5.  (U) The sensitive, national security-related information, discussed in this declaration contained information up to the SECRET level with the dissemination control NOFORN, not releasable to foreign nationals.

6.  (U) I have been informed that in October 2024, the Defendant released, without authorization, four records. Those records were provided to the Department for identification

UNCLASSIFIED

UNCLASSIFIED

and review. All four records were produced by and are under the control of the Department.

7.   (U) In my review of these records, I found that they contained sensitive diplomatic, informational, military, and economic assessments of regional strategic competitors and foreign countries in the Indo-Pacific region of vital interest to the United States. The candid assessments, insights, and comments of Foreign Service professionals regarding United States interests in this region amount to classified national security information. The records contain strategies and agendas for United States diplomatic engagement with foreign nations in the region to promote United States foreign policy goals. This information, if disclosed without authorization, would undermine United States efforts in the region and beyond. Hence, the documents were marked with the dissemination control of NOFORN. These records disclose specific United States strategic interests within the region and identify points of leverage as it relates to those interests. Key foreign interlocutors would be identified, and foreign entities that are currently adversarial to United States interests would be alerted of our initiatives. In turn, this could dissuade other foreign entities that engage with the United States from supporting our interests in that region. Therefore, unauthorized disclosure of these records provides nation-state adversaries a roadmap to seriously harm United States diplomatic, informational, military, and economic engagement.

8.   (U) Each of the four records were classified under Executive Order 13526 because they contain foreign government information and concern the foreign relations or foreign activities of the United States. All four records are properly marked and classified by an original classification authority. After my review, I concur that their unauthorized disclosure would reasonably be expected to cause serious damage to the national security of the United States, thus I agree with the OCA's decision to mark them as SECRET.

UNCLASSIFIED

UNCLASSIFIED

(U) Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

(U) Executed this 14 day of August 2025, Washington D.C.

Timothy J Kootz
Deputy Assistant Secretary