UNCLASSIFIED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)  Case No. 1:25-MJ-143<br>MICHAEL CHARLES SCHENA, )<br>)<br>Defendant. | |

DECLARATION OF DEPUTY ASSISTANT SECRETARY TIMOTHY KOOTZ
SHARED KNOWLEDGE SERVICES, BUREAU OF ADMINISTRATION
U.S. DEPARTMENT OF STATE

(U) I, TIMOTHY KOOTZ, hereby declare and state:

1.  (U) I am the Deputy Assistant Secretary ("DAS") for the office of Shared Knowledge Services ("SKS") for the Bureau of Administration ("A Bureau") of the United States Department of State (the "Department" or "State"). I have served in this role since March 26, 2023. I previously served as the Agency Records Officer and the Chief of the Records and Archives Management Division of IPS from October 2016 until March 2023. As DAS, I supervise and administer the Department-wide programs on the management of classification and declassification of national security information including agency-wide training and the declassification review programs established by Executive Order 13526. As the DAS, I have original classification authority (OCA) and am authorized to classify and declassify national security information. *See* Executive Order 13526, Section 1.3(a)(3). As an employee with OCA, I am responsible for the protection of classified information managed and generated by the Department.

2.  (U) The purpose of this declaration is to describe, to the extent possible, the sensitive, classified State information that the Defendant unlawfully retained and transmitted

UNCLASSIFIED
1

UNCLASSIFIED

or attempted to transmit in this case.

3. (U) Through the exercise of my official duties, I am familiar with the criminal charges brought against the Defendant and the classified materials described in this declaration. I make the following statements based on my knowledge and information made available to me in my official capacity.

4. (U) The classified information implicated in this case is owned by, produced by or for, and is under the control of the U.S. Government. This information also squarely falls within classification categories 1.4(b) and 1.4(d) of Executive Order 13526, as the information pertains to foreign government information within the meaning of 1.4(b) and foreign relations or foreign activities of the United States, including confidential sources, within the meaning of section 1.4(d). The unauthorized disclosure of the sensitive, national security-related information implicated in this case reasonably could be expected to cause serious damage to the national security of the United States.

5. (U) The sensitive, classified national security information, implicated in this case contained information up to the SECRET level, including information about the foreign relations and activities of the United States, for example, communications from U.S. embassies, their assessments of foreign governments, details of sensitive discussions with foreign government interlocutors, and details of U.S. foreign policy goals in various countries in Eastern Europe and East Asia Pacific. Additionally, the documents implicated in this case included substance provided by foreign governments to the United States in confidence or with an expectation of confidentiality, including confidential sources within those foreign governments.

6. (U) The unauthorized disclosure of the sensitive national-security related information could result in damage to critical foreign relations, curtail or end the vital passage

UNCLASSIFIED

UNCLASSIFIED

of information from foreign governments and international partners, and damage the United States' credibility abroad, as an entity capable of safeguarding sensitive information provided during the course of diplomatic engagement. Foreign relations and foreign activities must be protected to prevent foreign adversaries from attempting to expose or sabotage the United States' relationships with foreign governments, or to deploy countermeasures to dissuade foreign governments from cooperating with the United States. If a particular diplomatic effort is disclosed, all of the effort - potentially years of diplomatic wrangling and cajoling - is wasted. U.S. diplomats will need to commence a new line of effort, entreating the exposed partner, and potentially spend years attempting to rebuild the fragile trust that undergirds diplomacy.

7. (U) Executive Order 13526 governs the classification of United States Government national security information. The information at issue in this declaration, detailed below, consists of national security information as defined by Section 6.1 of Executive Order 13526, and falls within the substantive categories of national security information that is eligible for classification as set forth in Executive Order 13526 because it pertains to foreign government information and the foreign relations or foreign activities of the United States. *See* Executive Order 13526, section 1.4(b) and (d). As more fully explained below, the classified information described in this declaration is currently and properly classified because its unauthorized disclosure reasonably could be expected to cause serious damage to the national security of the United States.

8. (U) In this case, five records from February 2025 were provided to the Department for identification and review. All five records were produced by and are under the control of the Department, and I have reviewed them.

9. (U) These records, describe socio-economic, scientific, and governance concerns

UNCLASSIFIED

in strategic Eastern European and East Asia Pacific nations. These records contain sensitive national security information and remain currently and properly classified up to SECRET pursuant to Executive Order 13526. They fall within the classification categories 1.4(b) and 1.4(d) of the Executive Order, as the information contains foreign government information and concerns the foreign relations and foreign activities of the United States.

10. (U) Foreign governments would be reticent or unlikely to share sensitive information with the United States when there are unauthorized disclosures of classified information and the foreign governments are concerned about the United States' ability to maintain that information securely. This is true even where the disclosed classified information does not pertain to them.

11. (U) As a result of unauthorized disclosures, foreign partners are less likely to share sensitive information with our diplomats, depriving the United States of critical information germane to our foreign policy. Further, the records reveal U.S. confidential sources in foreign governments, information that foreign adversaries can exploit or expose to silence those sources. In addition, these products provide U.S. developed and derived foreign policy information that provides foreign adversaries an advantage in the geo-political sphere to counter, disrupt, or blunt U.S. foreign activities.

12. (U) The occurrence of any or all of the above could reasonably be expected to impair or impede the Department's diplomatic engagements. The lost foreign relations opportunities, foreign government information not passed, and advancements at our expense of our foreign adversaries could cause serious damage to U.S. national security.

UNCLASSIFIED

(U) Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

(U) Executed this 26 day of March 2025, Washington D.C.

_____
Timothy J. Kootz
Deputy Assistant Secretary

UNCLASSIFIED