IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL CHARLES SCHENA,<br><br>*Defendant.* | Case No. 1:25-MJ-143 |

DECLARATION OF SENIOR COORDINATOR ERIN SMART
U.S. DEPARTMENT OF STATE

1. I serve as the Senior Coordinator for the Security Infrastructure Directorate, within the Bureau of Diplomatic Security in the United States Department of State (the "Department"). I have served in this role since 2024.

2. In my role as Senior Coordinator for the Security Infrastructure Directorate, I oversee the operations of several Department security offices, including the Office of Information Security and the Office of Personnel Security & Suitability.

3. Prior to serving as Senior Coordinator, I served as the Director of the Office of Personnel Security & Suitability. That office is responsible for administering the Department's personnel-security programs, including the Department's security clearance program.

4. Department records show that Michael Charles Schena has worked at the Department as a Foreign Affairs Officer since 2007. Mr. Schena's official duties as a Foreign Affairs Officer included providing reporting, analysis, and policy recommendations for the Department on matters relating to U.S. foreign affairs. These duties required that Mr. Schena have access to information classified under Executive Order 13526. Mr. Schena

1

held an active Department Top Secret security clearance from 2007 to 2018 and from 2020 to 2025.

5. A Top Secret security clearance permitted Mr. Schena to access, for official purposes, information classified at the "Confidential," "Secret," and "Top Secret" levels. Classification levels are defined in Executive Order 13526:

   a. Information is classified at the "Confidential" level when its unauthorized disclosure reasonably could be expected to cause damage to national security.

   b. Information is classified at the "Secret" level when its unauthorized disclosure reasonably could be expected to cause serious damage to national security.

   c. Information is classified at the "Top Secret" level when its unauthorized disclosure reasonably could be expected to cause exceptionally grave damage to national security.

6. Under Department policy, a person may be given access to classified information only when that person has received an appropriate security clearance and has executed a non-disclosure agreement, and only when such access is necessary in connection with the performance of the person's official duties.

7. Department policy requires all employees with access to classified information to adhere to rigorous safeguarding requirements to protect classified information from unauthorized disclosure. Department policy further requires all employees with a security clearance to complete annual training regarding classification, declassification, marking, and handling of classified information.

8. On January 9, 2006, Mr. Schena executed a Classified Information Nondisclosure Agreement (Standard Form 312) with the Department's Office of Information Security.

In this agreement, Mr. Schena acknowledged having been advised that any unauthorized disclosure, unauthorized retention, or negligent handling of classified information could cause damage or irreparable injury to the United States.

9. In the Standard Form 312, Mr. Schena additionally agreed as follows: "I hereby agree that I will never divulge classified information to anyone unless: (a) I have officially verified that the recipient has been properly authorized by the United States Government to receive it; or (b) I have been given prior written notice of authorization from the United States Government Department or Agency ... responsible for the classification of information or last granting me a security clearance that such disclosure is permitted."

10. A copy of Mr. Schena's Standard Form 312, with marked redactions, is attached to this Declaration as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 27 th day of March, 2025.

Erin Smart
Senior Coordinator
Bureau of Diplomatic Security
Department of State

# EXHIBIT A

## CLASSIFIED INFORMATION NONDISCLOSURE AGREEMENT

AN AGREEMENT BETWEEN _Michael C. Schua_ AND THE UNITED STATES
(Name of Individual -- Printed or typed)

1. Intending to be legally bound, I hereby accept the obligations contained in this Agreement in consideration of my being granted access to classified information. As used in this Agreement, classified information is marked or unmarked classified information, including oral communications, that is classified under the standards of Executive Order 12958, or under any other Executive order or statute that prohibits the unauthorized disclosure of information in the interest of national security; and unclassified information that meets the standards for classification and is in the process of a classification determination as provided in Section 1.1, 1.2, 1.3 and 1.4(e) of Executive Order 12958, or under any other Executive order or statute that requires protection for such information in the interest of national security. I understand and accept that by being granted access to classified information, special confidence and trust shall be placed in me by the United States Government.

2. I hereby acknowledge that I have received a security indoctrination concerning the nature and protection of classified information, including the procedures to be followed in ascertaining whether other persons to whom I contemplate disclosing this information have been approved for access to it, and that I understand these procedures.

3. I have been advised that the unauthorized disclosure, unauthorized retention, or negligent handling of classified information by me could cause damage or irreparable injury to the United States or could be used to advantage by a foreign nation. I hereby agree that I will never divulge classified information to anyone unless: (a) I have officially verified that the recipient has been properly authorized by the United States Government to receive it; or (b) I have been given prior written notice of authorization from the United States Government Department or Agency (hereinafter Department or Agency) responsible for the classification of information or last granting me a security clearance that such disclosure is permitted. I understand that if I am uncertain about the classification status of information, I am required to confirm from an authorized official that the information is unclassified before I may disclose it, except to a person as provided in (a) or (b), above. I further understand that I am obligated to comply with laws and regulations that prohibit the unauthorized disclosure of classified information.

4. I have been advised that any breach of this Agreement may result in the termination of any security clearances I hold; removal from any position of special confidence and trust requiring such clearances; or termination of my employment or other relationships with the Departments or Agencies that granted my security clearance or clearances. In addition, I have been advised that any unauthorized disclosure of classified information by me may constitute a violation, or violations, of United States criminal laws, including the provisions of Sections 641, 793, 794, 798, *952 and 1924, Title 18, United States Code, *the provisions of Section 783(b), Title 50, United States code, and the provisions of the Intelligence Identities Protection Act of 1982. I recognize that nothing in the Agreement constitutes a waiver by the United States of the right to prosecute me for any statutory violation.

5. I hereby assign to the United States Government all royalties, remunerations, and emoluments that have resulted, will result or may result from any disclosure, publication or revelation of classified information not consistent with the terms of this Agreement.

6. I understand that the United States Government may seek any remedy available to it to enforce this Agreement including, but not limited to, application for a court order prohibiting disclosure of information in breach of this Agreement.

7. I understand that all classified information to which I have access or may obtain access by signing this Agreement is now and will remain the property of, or under the control of the United States Government unless and until otherwise determined by an authorized official or final ruling of a court of law. I agree that I shall return all classified materials which have, or may come into my possession or for which I am responsible because of such access: (a) upon demand by an authorized representative of the United States Government; (b) upon the conclusion of my employment or other relationship with the Department or Agency that last granted me a security clearance or that provided me access to classified information; or (c) upon the conclusion of my employment or other relationship that requires access to classified information. If I do not return such materials upon request, I understand that this may be a violation of Sections 793 and/or 1924, Title 18, United States Code, a United States criminal law.

8. Unless and until I am released in writing by an authorized representative of the United States Government, I understand that all conditions and obligations imposed upon me by this Agreement apply during the time I am granted access to classified information, and at all times thereafter.

9. Each provision of this Agreement is severable. If a court should find any provision of this Agreement to be unenforceable, all other provisions of this Agreement shall remain in full force and effect.

(Continue on reverse.)

NSN 7540-01-280-5499
Previous edition not usable

STANDARD FORM 312 (Rev. 1-00)
Prescribed by NARA/ISOO
32 CFR 2003.E.O. 12958

10. These restrictions are consistent with and do not supersede, conflict with or otherwise alter the employee obligations, rights or liabilities created by Executive Order 12958, Section 7211 of Title 5, United States code (governing disclosures to Congress); Section 1034 of Title 10, United States code, as amended by the Military Whistleblower Protection Act (governing disclosure to Congress by members of the military); Section 2302(b)(8) of Title 5, United States Code, as amended by the Whistleblower Protection Act (governing disclosures of illegality, waste, fraud, abuse or public health or safety threats); the Intelligence Identities Protection Act of 1982 (50 U.S.C. 421 et seq.) (governing disclosures that expose confidential Government agents), and the statutes which protect against disclosure that may compromise the national security, including Sections 641, 793, 794, 798, 952 and 1924 of Title 18, United State Code, and Section 4(b) of the Subversive Activities Act of 1950 (50 U.S.C. Section 783(b)). The definitions, requirements, obligations, rights, sanctions and liabilities created by said Executive Order and listed statutes are incorporated into this Agreement and are controlling.

11. I have read this Agreement carefully and my questions, if any, have been answered. I acknowledge that the briefing officer has made available to me the Executive Order and statutes referenced in this agreement and its implementing regulation (32 CFR Section 2003.20) so that I may read them at this time, if I so choose.

| SIGNATURE | DATE (mm-dd-yyyy) | SOCIAL SECURITY NUMBER (See Notice below) |
|---|---|---|
| [signature] | 01/09/2006 | REDACTED |

ORGANIZATION (IF CONTRACTOR, LICENSEE, GRANTEE OR AGENT, PROVIDE: NAME, ADDRESS, AND IF APPLICABLE: FEDERAL SUPPLY CODE NUMBER) (Type or print)

Circle One:   GS   FS   PSC   WAE   Contractor   (Intern)   Other____

Bureau Assigned: _IO_____   Telephone: REDACTED

**WITNESS**
THE EXECUTION OF THIS AGREEMENT WAS WITNESSED BY THE UNDERSIGNED.

| SIGNATURE | DATE (mm-dd-yyyy) |
|---|---|
| REDACTED | 01/09/2006 |

NAME AND ADDRESS (Type or print)
REDACTED
Dept of State, DS/IS/APD
1801 N. Lynn St.
Rosslyn, VA 20522-2008

**ACCEPTANCE**
THE UNDERSIGNED ACCEPTED THIS AGREEMENT ON BEHALF OF THE UNITED STATES GOVERNMENT.

| SIGNATURE | DATE (mm-dd-yyyy) |
|---|---|
| REDACTED | 01/09/2006 |

NAME AND ADDRESS (Type or print)
REDACTED
Dept of State, DS/IS/APD
1801 N. Lynn St.
Rosslyn, VA 20522-2008

**SECURITY DEBRIEFING ACKNOWLEDGMENT**

I reaffirm that the provisions of the espionage laws, other federal criminal laws and executive orders applicable to the safeguarding of classified information have been made available to me; that I have returned all classified information in my custody; that I will not communicate or transmit classified information to any unauthorized person or organization; that I will promptly report to the Federal Bureau of Investigation any attempt by an unauthorized person to solicit classified information, and that I (have) (have not) (strike out inappropriate word or words) received a security debriefing.

| SIGNATURE OF EMPLOYEE | DATE (mm-dd-yyyy) |
|---|---|
| [signature] | 01-09-2006 |

NAME OF WITNESS (Type or print)   SIGNATURE OF WITNESS

NOTICE: The Privacy Act, 5 U.S.C. 552a, requires that federal agencies inform individuals, at the time information is solicited from them, whether the disclosure is mandatory or voluntary, by what authority such information is solicited, and what uses will be made of the information. You are hereby advised that authority for soliciting your Social Security Number (SSN) is Executive Order 9397. Your SSN will be used to identify you precisely when it is necessary to 1) certify that you have access to the information indicated above or 2) determine that your access to the information indicated has terminated. Although disclosure of your SSN is not mandatory, your failure to do so may impede the processing of such certifications or determinations, or possibly result in the denial of your being granted access to classified information.

*NOT APPLICABLE TO NON-GOVERNMENT PERSONNEL SIGNING THIS AGREEMENT.

STANDARD FORM 312 (Rev. 1-00) BACK