# Exhibit E

# FILED UNDER SEAL

**Video of Mr. Schena's Interview with FBI on March 5, 2025**

**Submitted to Chambers**